```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JENNY J. MERCADO,

                          Plaintiff,

        -against-                                                    MEMORANDUM AND ORDER
                                                                     14-CV-7278 (JFB)(SIL)
WATERFALL VICTORIA MASTER FUND, LTD.,
WATERFALL VICTORIA MORTGAGE TRUST
2011-REO, LLC,
                          Defendant.
----------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 07 2014 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

On December 31, 2014, the Court issued an Order dismissing plaintiff's complaint. On January 6, 2015, an amended complaint was docketed. The amended complaint was dated December 30, 2014. The Court has reviewed plaintiff's amended complaint, and concludes that the amended complaint suffers from the defects identified in the Court's December 31, 2014 Order. Accordingly, the amended complaint is dismissed, and the Clerk of Court is directed to close this case. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Joseph F. Bianco
United States District Judge

Dated:   January 7, 2015
         Central Islip, New York